NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3064

KENNETH DEAN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752080501-I-1.

ON MOTION

ORDER

The United States Postal Service moves for a 21-day extension of time, until March 6, 2009, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth Dean
Michelle A. Windmueller, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2009

JAN HORBALY
CLERK